UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

        Plaintiff,      Case No.  2:09-cv-10424

v.                              HON. PATRICK J. DUGGAN

JANIS L. JAGIELKY, Brian D. Orr,      Magistrate Judge:  Donald A. Scheer
and JESSICA ORR,

        Defendants.

---

| J. Michael Smith (P24530) | Robert B. June (P51149) |
|---|---|
| D. Andrew Portinga (P55804) | Law Offices of Robert B. June PC |
| Miller Johnson | Attorneys for Janis L. Jagielky |
| Attorneys for Plaintiff | 124 Pearl Street, Suite 201 |
| 250 Monroe, N.W., Suite 800 | Ypsilanti, MI 48197 |
| P.O. Box 306 | (734) 481-1000 |
| Grand Rapids, MI  45901-0306 | bobjune@junelaw.com |
| (616) 831-1700 | |
| smithjm@millerjohnson.com | |
| portingaa@millerjohnson.com | |

---

**DEFAULT JUDGMENT
AGAINST JESSICA ORR**

      Based on Plaintiff Unum Life Insurance Company of America's Motion for Entry

of Default Judgment and good cause appearing therefore, it is Ordered and Adjudged that:

      1.    Judgment is entered by default against Jessica Orr, extinguishing all

claims of Jessica Orr to insurance benefits payable under the Unum Life

Insurance Company of America Policy No. GSR 19637 based upon the death of

James K. Orr.

Dated: _____Sept.10,_____, 2009        By _s/Patrick J. Duggan_____
                                        HON. PATRICK J. DUGGAN