UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

        Plaintiff,    Case No. 2:09-cv-10424

v.                                        HON. PATRICK J. DUGGAN

JANIS L. JAGIELKY, BRIAN D. ORR,      Magistrate Judge: Donald A. Scheer
and JESSICA ORR,

        Defendants.

---

| | |
|---|---|
| J. Michael Smith (P24530)<br>D. Andrew Portinga (P55804)<br>Miller Johnson<br>Attorneys for Plaintiff<br>250 Monroe, N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI 45901-0306<br>(616) 831-1700<br>smithjm@millerjohnson.com<br>portingaa@millerjohnson.com | Robert B. June (P51149)<br>Law Offices of Robert B. June PC<br>Attorneys for Janis L. Jagielky<br>124 Pearl Street, Suite 201<br>Ypsilanti, MI 48197<br>(734) 481-1000<br>bobjune@junelaw.com |

---

## DEFAULT JUDGMENT
## AGAINST BRIAN D. ORR

      Based on Plaintiff Unum Life Insurance Company of America's Motion for Entry of Default Judgment and good cause appearing therefore, it is Ordered and Adjudged that:

      1.    Judgment is entered by default against Brian D. Orr, extinguishing all claims of Brian D. Orr to insurance benefits payable under the Unum Life Insurance Company of America Policy No. GSR 19637 based upon the death of James K. Orr.

Dated: Sept. 10, 2009           By s/Patrick J. Duggan
                                                                   HON. PATRICK J. DUGGAN

GR_DOCS 1487893v1